**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| GUANG QIANG MA, | : | |
| Petitioner, | : | |
| vs. | : | CA 07-0435-KD-C |
| ALBERTO GONZALES, etc., et al., | : | |
| | : | |
| Respondents. | | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated July 23, 2007 is **ADOPTED** as the opinion of this Court.

**DONE** this 2nd day of October, 2007.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE**